JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVONNE CONTRERAS,<br>Plaintiff,<br>v.<br>ULTA SALON COSMETICS AND FRAGRANCE, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:25-cv-04724-AB-RAO<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: October 2, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE